AO 86A (Rev. 01/09) Consent to Proceed Before a Magistrate Judge in a Misdemeanor Case

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| _Philip Louis Smith_ | ) | Case No. 2:14-mj-__ |
| Defendant | ) | |

FILED / ENTERED / RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD
MAY 20 2014
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE IN A MISDEMEANOR CASE

A United States magistrate judge has explained to me the nature of the charges against me and the maximum penalty that may be imposed on each charge if I am found guilty. The magistrate judge has also informed me of my right to a lawyer, my right to a jury trial, and my right to be tried, judged, and sentenced before either a United States district judge or a United States magistrate judge.

I consent to being tried before a United States magistrate judge, and I waive my rights to trial, judgment, and sentencing by a United States district judge.

_____
Defendant's signature

### Waiver of a Right to Trial by Jury

I waive my right to a jury trial.

_____
Defendant's signature

The United States consents to the jury-trial waiver: _____
Government representative's signature

NADIA AHMED AUSA
Government representative's printed name and title

### Waiver of a Right to Have 30 Days to Prepare for Trial

I waive my right to have 30 days to prepare for trial.

_____
Defendant's signature

GARY TAYLOR
Printed name of defendant's attorney (if any)

_____
Signature of defendant's attorney (if any)

Date: _____   Approved by: _____
Magistrate Judge's signature